442 F.2d 1036
 Don Leon HUTSON and Billie Taylor, Plaintiffs-Appellees,
v.
UNITED STATES of America, Defendant-Appellant.
 No. 31071 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 May 26, 1971.
 
 Appeal from the United States District Court for the Eastern District of Texas; Badwin, Judge.
 Roby Hadden, U. S. Atty., Tyler, Tex., Eugene G. Sayre, Atty., Tax Div., Dept. of Justice, Fort Worth, Tex., Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, Atty., Tax Div., U. S. Dept. of Justice, K. Martin Worthy, Chief Counsel, Bennet N. Hollander, Wm. Terry Bray, Attys., Tax Div., Dept. of Justice, Washington, D. C. of counsel, for appellant.
 Jack N. Price, Lynn S. Patton, Longview, Tex., Price, Fisher, Hill & Patton, Longview, Tex., for appellees.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966